TRAUTMANN, Respondent, vs. CHARLES SCHEFFT & SONS COMPANY, imp., Appellant.

*December 5, 1929—March 4, 1930.*

For the appellant Charles Schefft & Sons Company there was a brief by *Hoyt, Bender, Trump, McIntyre & Hoyt* of Milwaukee, and oral argument by *Rodger M. Trump.*

For the administrator there was a brief by *Schoetz, Williams & Gandrey* .of Milwaukee, and oral argument by *Alfred R. Gandrey.*

For the respondent there was a brief by *McGovern, Curtis, Devos & Reiss* of Milwaukee, and oral argument by *Wallace H. Reiss.*

The following opinion was filed January 7, 1930:

FRITZ, J.   This case involves the same facts and questions of law, excepting as to the damages, as the companion case of *Raymond Trautmann v. Charles Schefft & Sons Co. et al.,* which is decided herewith (*ante,* p. 113, 228 N. W. 741), and the decision in that case rules this.

*By the Court.*—Judgment reversed as to the defendant Charles Schefft & Sons Company by dismissing the complaint and cross-complaint as to said defendant. Cause remanded, with directions to enter judgment accordingly.

A motion for a rehearing was denied on March 4, 1930.